```
                                    FILED
                                    JUL 17 2008
                                    CLERK, U.S. DISTRICT COURT
                                    SOUTHERN DISTRICT OF CALIFORNIA
                                    BY    EF           DEPUTY
```

                    UNITED STATES DISTRICT COURT

                   SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08CR2363-IEG |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | Title 8, U.S.C., Secs. 1324(a)(1)(A)(ii) and (v)(II) - Transportation of Illegal Aliens and Aiding and Abetting |
| ALAN JAMES REED, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

On or about July 5, 2008, within the Southern District of California, defendant ALAN JAMES REED, with the intent to violate the immigration laws of the United States, knowing and in reckless disregard of the fact that an alien, namely, Ruperto Herrera-Garcia, had come to, entered and remained in the United States in violation of law, did transport and move, said alien within the United States in furtherance of such violation of law; in violation of Title 8, United States Code, Sections 1324(a)(1)(A)(ii) and (v)(II).

DATED: July 15, 2008.

KAREN P. HEWITT
United States Attorney

*/s/ John F. Weis for*

CALEB E. MASON
Assistant U.S. Attorney

CEM:lg:Imperial
7/17/08