1  **LYNN H. BALL, ESQ.**
   Attorney at Law
2  Calif. St. Bar# 056497
   1560 Scott Street
3  San Diego, CA 92106
   (619) 225-1914
4  (619) 225-1720 - fax

5  Attorney for Defendant Alan James Reed

6

7

8

9              IN THE UNITED STATES DISTRICT COURT

10           FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11                  **(HONORABLE IRMA E. GONZALEZ)**

12

13  UNITED STATES OF AMERICA,    )    Case No. 08-CR-2363-IEG
                                 )
14             Plaintiff,        )    **NOTICE OF ACKNOWLEDGMENT**
                                 )    **OF SENTENCING DATE**
15  vs.                          )
                                 )
16  ALAN JAMES REED,             )
                                 )    Sentencing date: 11/10/2008
17             Defendant.        )    Time: 9:00 a.m.
    _____)    Dep't: Judge Gonzalez
18

19
       NOW COMES ALAN JAMES REED, by and through his attorney, Lynn
20
    H. Ball, and submits the attached Acknowledgment of Appearance.
21
                            Respectfully submitted,
22

23

24  Date: August 21, 2008        *s/Lynn H. Ball*
                                 Lynn H. Ball
25                               Attorney for Alan James Reed
                                 E-mail: lhball@sbcglobal.net
26

27

28

LYNN H. BALL, ESQ.
Bar No. 056497
1560 Scott Street
San Diego, CA 92106-2333
(619) 225-1914
(619) 225-1720 - Fax

Attorney for Defendant Alan James Reed

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE IRMA E. GONZALEZ)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08-CR-2363-IEG |
| Plaintiff, | ) | **NOTICE OF ACKNOWLEDGMENT OF APPEARANCE** |
| vs. | ) | |
| ALAN JAMES REED, | ) | Date: November 10, 2008 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Department: Judge Gonzalez |

I, ALAN JAMES REED, hereby acknowledge that I am to appear for sentencing on the 10th day of November, 2008 at 9:00 a.m. My appearance is before The Honorable Irma E. Gonzalez at U.S. District Courthouse, 940 Front Street, San Diego, California.

Date: August 12, 2008         X Alan J Reed
                              Alan James Reed

**PROOF OF SERVICE**
C.C.P. §1013(A), C.R.C. 2003(3), 2005(i)

UNITED STATES OF AMERICA, STATE OF CALIFORNIA, COUNTY OF SAN DIEGO
*USA V. ALAN JAMES REED*
*UNITED STATES DISTRICT COURT*
*CASE NO. 08-CR-2363-IEG*

I, the undersigned, certify and declare that I am a citizen of the United States, over the age of eighteen years, employed in the County of San Diego, State of California, and not a party to this within action. My business address is 1560 Scott Street, San Diego, CA 92106.

On August 21, 2008, I served the foregoing documents described as **NOTICE OF ACKNOWLEDGMENT OF SENTENCING DATE** on all interested parties in this action by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically notifies them:

Arnold Dale Blankenship, AUSA
U.S. Attorney's Office
Southern District of California, Criminal Division
880 Front Street, Room 6293
San Diego, CA 92101
619-557-5610; 619-235-2757 - fax
Dale.Blankenship@usdoj.gov

\_\_\_\_\_ **BY MAIL:** I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid at San Diego, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid of postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

\_\_\_\_\_ **BY PERSONAL SERVICE:** I caused such envelope to be delivered by hand to the offices of the addressee at (by delivery to attorney's office).

\_\_x\_\_ **FEDERAL:** I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

I hereby certify that I have caused to be mailed the foregoing, by the United States Postal Service, to the following non-ECF participants on this case:
None
the last known address, at which place there is delivery service of mail from the United States Postal Service.

**EXECUTED** on August 21, 2008, at San Diego, California.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Audrey Tomaselli*
Audrey Tomaselli